IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEFFREY ALAN DUNCAN,

        Appellant,

  v.

                                  Case No.  5D22-1860
                                  LT Case No. 2018-CF-02709

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed November 22, 2022

3.850 Appeal from the Circuit Court
for Osceola County,
Thomas W. Young, Judge.

Mark H. Klein, of MHK Legal, PLLC,
Coral Springs, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.